# EXHIBIT A

**SUMMONS - CIVIL**

JD-CV-1  Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| | |
|---|---|
| | For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* |

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



Instructions are on page 2.

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| **235 CHURCH STREET NEW HAVEN CT 06511** | **( 203 ) 503 – 6800** | **05/03/2022** |

| | | At *(City/Town)* | Case type code *(See list on page 2)* | |
|---|---|---|---|---|
| ☒ Judicial District | G.A. | **NEW HAVEN** | Major: **V** | Minor: **01** |
| ☐ Housing Session | ☐ Number: | | | |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| **D'ELIA GILLOOLY DEPALMA LLC 700 STATE ST NEW HAVEN CT 06511** | **434576** |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| **( 203 ) 891 – 5310** | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* **john@dgdlawct.com** |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| First plaintiff | Name: **DOWNER, HERMAN** Address: **35 KENNETH STREET, #6C. WEST HAVEN CT 06516** | P-01 |
| Additional plaintiff | Name: **NICHOLSON, CLAUDETTE** Address: **35 KENNETH STREET, #6C, WEST HAVEN CT 06516** | P-02 |
| First defendant | Name: **OTERO, LUIS E.** Address: **2351 Josefina Drive, Kissimmee FL 34744** | D-01 |
| Additional defendant | Name: **JUST IN TIME SOLUTIONS, LLC** Address: **228 Hogestown Road, Mechanicsburg PA 17050** | D-02 |
| Additional defendant | Name: Address: | D-03 |
| Additional defendant | Name: Address: | D-04 |

| Total number of plaintiffs: 2 | Total number of defendants: 2 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court ☐ Clerk | Name of person signing **DENNIS W. GILLOOLY** |
|---|---|---|---|
| **03/18/2022** | | | |

| If this summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts. | File Date |
| b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. | |
| c. The court staff is not permitted to give any legal advice in connection with any lawsuit. | |
| d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

RETURN DATE:  MAY 3, 2022                           SUPERIOR COURT

HERMAN DOWNER, ET AL                                J.D. OF NEW HAVEN

VS.                                                 AT NEW HAVEN

LUIS E. OTERO, ET AL                                MARCH 18 2022

<em><u>COMPLAINT</u></em>

<u>FIRST COUNT</u> (Herman Downer)

1.  On or about August 28, 2020, the co-plaintiff, Herman Downer, was the owner and operator of a vehicle which was traveling in a southerly direction in the right hand lane of a two lane road known as Old Gate Lane in Milford, Connecticut

3.  At said time and place, the co-defendant, Luis E. Otero, was operating a tractor trailer truck owned by Just In Time Solutions, LLC which vehicle was exiting a private driveway of Pilot Travel Center, making a left hand turn onto Old Gate Lane, Milford, Connecticut.

4.  At said time and place, the co-defendant, Luis E. Otero, was operating the vehicle owed by Just In Time Solutions LLC with  permission, as agent, servant and/or employee or under the Family Car Doctrine.

5.  At that time and place, the co-defendant, Luis E. Otero, attempted to make a left turn onto Old Gate Lane, Milford, Connecticut from the private parking lot of Pilot Travel Center, and collided into the driver's side of the plaintiffs' vehicle, thereby causing the plaintiffs to suffer injuries and losses as hereinafter described.

D' ELIA GILLOOLY DEPALMA LLC
GRANITE SQUARE
NEW HAVEN, CT 06511
PHONE: (203) 891-5310 FAX: (203) 891-6948

4.  The plaintiff's injuries and losses were proximately caused by the carelessness and negligence of the defendant-operator in one or more of the following ways:

(a)  in that he failed to keep a reasonable and proper lookout for other vehicles on the road at that time and place;

(b)  in that he failed to sound his horn or give the plaintiff a timely warning of the impending collision;

(c)  in that he failed to apply his brakes in time to avoid the collision;

(d)  in that he failed to keep his vehicle under reasonable and proper control;

(e)  in that he failed to turn his vehicle or take evasive measures to avoid the collision;

(f)  in that he operated his vehicle in a reckless and dangerous manner having regard for the width, traffic, and use of said highway, and the weather conditions, in violation of §14-222(a) of the Connecticut General Statutes;

(g)  in that he failed to grant the right of way to vehicles on the roadway when exiting a private driveway in violation of §14-247 of the Connecticut General Statutes;

(h)  in that he attempted to turn at an intersection when the same was unreasonable or improper under the circumstances in violation of §14-242(a) of the Connecticut General Statutes;

(i)  in that he failed to give an appropriate signal of his intention to turn, when the same was reasonable under the circumstances, in violation of §14-242(a) and (b) of the Connecticut General Statutes;

5.  As a result of the carelessness and negligence of the defendant, the plaintiff, Herman Downer, suffered injuries to his neck back and left shoulder, and/or an aggravation of same. Furthermore, he has experienced physical and mental pain and suffering, some or all of which injuries may be permanent in nature.

D' ELIA GILLOOLY DEPALMA LLC
GRANITE SQUARE
NEW HAVEN, CT 06511

6. As a further result of this incident, the plaintiff has incurred medical expenses for treatment, and may incur additional expenses in the future.

7. As a further result of said incident, the plaintiff's normal daily activities and enjoyments of life were impaired and may be so impaired in the future.

SECOND COUNT (Claudette Nicholson)

1. On August 28, 2020, the co-plaintiff, Claudette Nicholson, was a passenger in a vehicle owned and operated by co-plaintiff, Herman Downer, which vehicle was traveling in a southerly direction in the right hand lane of a two lane road known as Old Gate Lane in Milford, Connecticut

3. At said time and place, the co-defendant, Luis E. Otero, was operating a tractor trailer truck owned by Just In Time Solutions, LLC which vehicle was exiting a private driveway of Pilot Travel Center, making a left hand turn onto Old Gate Lane, Milford, Connecticut.

4. At said time and place, the co-defendant, Luis E. Otero, was operating the vehicle owed by Just In Time Solutions LLC with permission, as agent, servant and/or employee or under the Family Car Doctrine.

5. At that time and place, the co-defendant, Luis E. Otero, attempted to make a left turn onto Old Gate Lane, Milford, Connecticut from the private parking lot of Pilot Travel Center: and collided into the driver's side of the plaintiffs' vehicle, thereby causing the plaintiffs to suffer injuries and losses as hereinafter described.

4. The plaintiff's injuries and losses were proximately caused by the carelessness and negligence of the defendant-operator in one or more of the following ways:

(a)  in that he failed to keep a reasonable and proper lookout for
      other vehicles on the road at that time and place;

(b)  in that he failed to sound his horn or give the plaintiff a
      timely warning of the impending collision;

D' ELIA GILLOOLY DEPALMA LLC
GRANITE SQUARE
NEW HAVEN, CT 06511
PHONE: (203) 891-5010 FAX (203) 891-5010

(c)     in that he failed to apply his brakes in time to avoid the
        collision;

(d)     in that he failed to keep his vehicle under reasonable and
        proper control;

(e)     in that he failed to turn his vehicle or take evasive
        measures to avoid the collision;

(f)     in that he operated his vehicle in a reckless and dangerous
        manner having regard for the width, traffic, and use of
        said highway, and the weather conditions, in violation of
        §14-222(a) of the Connecticut General Statutes;

(g)     in that he failed to grant the right of way to vehicles
        on the roadway when exiting a private driveway in
        violation of §14-247 of the Connecticut General Statutes;

(h)     in that he attempted to turn at an intersection when the
        same was unreasonable or improper under the
        circumstances in violation of §14-242(a) of the Connecticut
        General Statutes;

(i)     in that he failed to give an appropriate signal of his
        intention to turn, when the same was reasonable under the
        circumstances, in violation of §14-242(a) and (b) of the
        Connecticut General Statutes;

5. As a result of the carelessness and negligence of the defendant, the plaintiff, Claudette

Nicholson, suffered injuries to her neck and back. Furthermore, she has experienced physical

and mental pain and suffering, some or all of which injuries may be permanent in nature.

6. As a further result of this incident, the plaintiff has incurred medical expenses for

treatment, and may incur additional expenses in the future.

7. As a further result of said incident, the plaintiff's normal daily activities

and enjoyments of life were impaired and may be so impaired in the future.

Wherefore, the plaintiffs claim:

1) Money damages

                                    THE PLAINTIFF,


                                    BY:_____
                                    JOHN J. D'ELIA
                                    D'ELIA GILLOOLY DEPALMA LLC
                                    700 STATE ST
                                    NEW HAVEN CT 06511
                                    (203)891-5310

RETURN DATE:  MAY 3, 2022

HERMAN DOWNER, ET AL

VS.

LUIS E. OTERO, ET AL

SUPERIOR COURT

J.D. OF NEW HAVEN

AT NEW HAVEN

MARCH 18 2022

## STATEMENT IN DEMAND

The plaintiff is seeking an amount in excess of FIFTEEN THOUSAND ($15,000.00) DOLLARS, exclusive of interest and costs.

THE PLAINTIFF,

BY:

JOHN J. D'ELIA
D'ELIA GILLOOLY DEPALMA LLC
700 STATE ST
NEW HAVEN CT 06511
(203)891-5310